# FARMERS' PRODUCE CO. v. CENTRAL FRUIT & PRODUCE CO.

No. 4975.   Opinion Filed July 13, 1915.

(150 Pac. 664.)

**CONTRACT TO SELL GOODS—Statute of Frauds.** Syllabus same as in case No. 4681, Farmers Produce Co. v. McAlester Storage & Commi.sion Co. ct al., ante, p. 488, 150 Pac. 483.

*Error from Superior Court, Pittsburg County;*
*W. C. Liedtke, Judge.*

Action by the Central Fruit & Produce Company against the Farmers' Produce Company. Judgment for plaintiff, and defendant brings error. Affirmed.

*Wilkinson & Keith,* for plaintiff in error.

*W. J. Horton* and *R. A. Smith,* for defendant in error.

Opinion by DUDLEY, C. On June 2, 1915, plaintiff in error filed a motion to consolidate this case with the case of *Farmers' Produce Co. v. McAlester Storage & Commission Co. et al.,* No. 4681, *ante,* p. 488, 150 Pac. 483, on the grounds that the facts in the two cases are practically identical, and that there is no material difference between the two causes of action. Defendants in error consented in writing to the consolidation, and following this an order was made consolidating the two cases. An examination of the petition in error and case-made in case No. 4681 discloses that the facts and questions of law involved in the two cases are practically identical. In case No. 4681, an opinion was handed down on June 29, 1915, by Supreme Court Commission, Division No. 4,

opinion by Robberts, Commissioner, and on the authority of that case, the judgment of the trial court is affirmed.

By the Court: It is so ordered.